AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Twitter, Inc. account as more particularly described in Attachment A to the affidavit of Special Agent Jason Santy dated February 16, 2022 | Case No.   2:22-cr-331 |

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A to the affidavit of Special Agent Jason Santy dated February 16, 2022

located in the _____ District of  South Carolina , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B to the affidavit of Special Agent Jason Santy dated February 16, 2022

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC 875(c) | Interstate Communications |

The application is based on these facts:
See attached affidavit

- ☐ Continued on the attached sheet.
- ☐ Delayed notice of ____ days *(give exact ending date if more than 30 days:* ____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

SANTY.JASON.TODD.1290240375   Digitally signed by SANTY.JASON.TODD.1290240375
Date: 2022.02.16 11:11:50 -05'00'

*Applicant's signature*

Special Agent Jason Santy
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone *(specify reliable electronic means)*.

Date:   02/16/2022

*Judge's signature*

City and state:   Charleston, South Carolina    The Honorable Mary Gordon Baker
*Printed name and title*